**Order filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00143-CV
_____

### RUHUL AMIN PARVEZ AHMED, Appellant

### V.

### KHALEDA PARVIN, Appellee

**On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-264584**

## ORDER

The record before this court reflects that appellant filed a statement of inability to afford payment of court costs in the trial court on April 13, 2021. On April 21, 2021, Beverley McGrew Walker, the Fort Bend District Clerk, filed a contest to appellant's statement of inability to afford payment of costs.

A party who files a statement of inability to afford payment of court costs in the trial court is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145. Tex. R. App. P. 20.1(b)(1). The clerk's record in this appeal, filed April 27, 2021, does not contain the trial court's ruling on the District Clerk's contest to appellant's statement of inability to afford payment of costs.

Therefore, we order the district clerk and the court reporter to prepare, certify, and file with the clerk of this court the clerk's record and reporter's record of all trial court proceedings on appellant's claim of indigence including the trial court's order on the court reporter's contest. *See* Tex. R. Civ. P. 145(f)(3). The clerk's record and reporter's record must be provided without charge and filed with this court on or before June 11, 2021.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.